1  Jack R. Nelson (SBN 111863)
   Email: jnelson@reedsmith.com
2  Keith D. Yandell (SBN 233416)
   Email: kyandell@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA 94612-3572
   **Mailing Address:**
5  P.O. Box 2084
   Oakland, CA 94604-2084
6  Telephone:    +1 510 763 2000
   Facsimile:    +1 510 273 8832

7

8  Attorneys for Defendant Wachovia Mortgage, FSB

   UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 GONZALO PENA TORRES,                        No.:  C08-01775

           Plaintiff,                          (Formerly Sonoma County Superior Court Case
12                                             No. SCV 242546)
       vs.
13                                             **CERTIFICATE OF SERVICE**

14 WACHOVIA MORTGAGE CORPORATION;              Compl. Filed:    March 14, 2008
   COVERDALE VENTURES, INC.; ANUSHKA
15 M. COVERDALE; MAGNOLIA GUERRERO;
   and DOES ONE through FORTY,
16
           Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSOAK-9904818

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On April 2, 2008, I served the following document(s) by the method indicated below:

### NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b)

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

| Donald F. Seth, Esq.<br>290 B Street, Suite 205<br>Santa Rosa, CA 95401 | **Counsel for Plaintiff**<br>Telephone:    707.545.6370<br>Fax:              707.545.9770 |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 2, 2008 at Oakland, California.

David P. Kelley

DOCSOAK-9904818