Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Keith D. Yandell (SBN 233416)
Email: kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084
Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Attorneys for Defendant Wachovia Mortgage, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PENA TORRES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION; COVERDALE VENTURES, INC.; ANUSHKA M. COVERDALE; MAGNOLIA GUERRERO; and DOES ONE through FORTY,<br><br>　　　　Defendants. | No.: C08-01775 JL<br><br>(Formerly Sonoma County Superior Court Case No. SCV 242546)<br><br>**CERTIFICATE OF SERVICE ON OPPOSING PARTY OF ADR PAPERS AND OTHER DOCUMENTS RECEIVED FROM COURT UPON FILING OF NOTICE OF REMOVAL**<br><br>Compl. Filed:　March 14, 2008 |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On April 4, 2008, I served the following document(s) by the method indicated below:

**Order Setting Initial Case Management Conference and ADR Deadlines**

**Notice of Assignment of Case to a United States Magistrate Judge for Trial with Consent and Declination Forms**

**ECF Registration Information Handout**

**Welcome to the US District Court, San Francisco**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

| Donald F. Seth, Esq.<br>290 B Street, Suite 205<br>Santa Rosa, CA 95401 | **Counsel for Plaintiff**<br>Telephone: 707.545.6370<br>Fax: 707.545.9770 |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 4, 2008 at Oakland, California.

_____
David P. Kelley

— 1 —
Certificate of Service

DOCSOAK-9904818