Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Keith D. Yandell (SBN 233416)
Email: kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084
Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Defendant
Wachovia Mortgage, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PENA TORRES,<br><br>             Plaintiff,<br><br>      vs.<br><br>WACHOVIA MORTGAGE CORPORATION; COVERDALE VENTURES, INC.; ANUSHKA M. COVERDALE; MAGNOLIA GUERRERO; and DOES ONE through FORTY,<br><br>             Defendants. | No.: C08-01775 JL<br><br>(Formerly Sonoma County Superior Court Case No. SCV 242546)<br><br>**CERTIFICATE OF INTERESTED ENTITIES**<br><br>Compl. Filed:   March 14, 2008 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Golden West Financial Corporation, of which World Savings Bank, FSB, a predecessor of "Wachovia Mortgage FSB," was a subsidiary, and

- Wachovia Corporation, of which Wachovia Mortgage, FSB and Golden West Financial Corporation are subsidiaries.

DATED: April 2, 2008.

REED SMITH LLP

By _____
Keith D. Yandell
Attorneys for Wachovia Mortgage, FSB

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On April 2, 2008, I served the following document(s) by the method indicated below:

**CERTIFICATION OF INTERESTED ENTITIES**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

| Donald F. Seth, Esq.<br>290 B Street, Suite 205<br>Santa Rosa, CA 95401 | **Counsel for Plaintiff**<br>Telephone:   707.545.6370<br>Fax:              707.545.9770 |
|---|---|

I declare under penalty of perjury under the laws of the United State of America that the above is true and correct. Executed on April 2, 2008 at Oakland, California.

/s/ David P. Kelley
David P. Kelley

DOCSOAK-9904783