UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLZALO PENA TORRES<br><br>    Plaintiff(s),<br><br> v.<br><br>WACHOVIA MORTGAGE FSB, et al.<br><br>    Defendant(s).<br>_____ / | No. C C08-01775 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 16, 2008

Keith D. Yandell

_____
Signature

Counsel for Wachovia Mortgage Corp.
(Plaintiff, Defendant, or indicate "pro se")

NDC-06