1
2                    UNITED STATES DISTRICT COURT
3                    NORTHERN DISTRICT OF CALIFORNIA

4  GONZALO PENA TORRES

5          Plaintiff(s),                         No. 08-01775 JL

6      v.                                        NOTICE OF IMPENDING
                                                 REASSIGNMENT TO A UNITED
7                                                <u>STATES DISTRICT COURT JUDGE</u>

8  WACHOVIA MORTGAGE CORPORATION

9          Defendant(s).
   _____/
10

11     The Clerk of this Court will now randomly reassign this case to a United States District

12 Judge because either:

13 **XX**    (1)    One or more of the parties has requested reassignment to a United States

14 District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15          (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary

16 restraining order) that a United States Magistrate Judge may not take without the consent of

17 all parties, the necessary consents have not been secured, and time is of the essence.

18     The **CASE MANAGEMENT CONFERENCE** previously scheduled for July 9, 2008 at

19 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

20

21 Dated:  May 20, 2008

22
23
                                                 Richard W. Wieking, Clerk
24                                               United States District Court

25                                               _____*Wings Hom*_____
                                                 By: Wings Hom, Deputy Clerk
26
27
28

reassig1.DCT                          1