IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PENA TORRES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WACHOVIA MORTGAGE CORPORATION, et al.,<br><br>　　　　Defendant.<br>_____ / | No. C 08-01775 WHA<br><br>**CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

　　　YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **July 3, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages. All other deadlines in the initial case management scheduling order filed on April 2, 2008 remain in effect.

　　　Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: May 22, 2008　　　　　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dawn K. Toland
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to the
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable William Alsup