1  DONALD F. SETH, ESQ.
   SBN 92318
2  290 B Street, Suite 205
   Santa Rosa, CA 95401
3  (707) 545-6370 Telephone
   (707) 545-9770 Facsimile
4  donaldfseth@gmail.com

5  Attorney for Plaintiff
   GONZALO PENA TORRES
6

7

8            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10 GONZALO PENA TORRES,           )   CASE NUMBER: C 08-01775 JL
                                  )
11         Plaintiff,             )
                                  )   PROOF OF SERVICE OF SUMMONS
12     vs.                        )
                                  )
13 WACHOVIA MORTGAGE              )
   CORPORATION, et al.,           )
14                                )
           Defendants.            )
15 _____)

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

PROOF OF SERVICE OF SUMMONS
C 08-01775 JL

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Donald F. Seth, Esq., 92318<br>290 B Street, Suite 205<br>Santa Rosa, CA 95401 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 707-545-6370   FAX NO. *(Optional)*: 707-545-9770 | |
| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA<br>STREET ADDRESS: 600 Administration Drive<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Rosa, CA 95403<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Gonzalo Pena Torres<br>DEFENDANT/RESPONDENT: Wachovia Mortgage Corporation, et al | CASE NUMBER:<br>SCV 242546 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: see page 3
3. a. Party served *(specify name of party as shown on documents served)*:
   Coverdale Ventures, Inc.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Anushka M. Coverdale - President
4. Address where the party was served:
   (Business) 84 Windsor River Road, Windsor, CA 95492
5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 4-3-08   (2) at *(time)*: 10:30 am
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: Gonzalo Pena Torres | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Wachovia Mortgage Corporation, et al | SCV 242546 |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                           (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a.  ☐ as an individual defendant.
    b.  ☐ as the person sued under the fictitious name of *(specify)*:
    c.  ☐ as occupant.
    d.  ☑ On behalf of *(specify)*: Coverdale Ventures, Inc.
        under the following Code of Civil Procedure section:
        ☑ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                         ☐ other:

7.  **Person who served papers**
    a. Name: Matthew Anderson
    b. Address: Anderson Process Service, Marin Co. #97, 1537 Fourth Street, PMB 152, San Rafael, CA 94901
    c. Telephone number: 415-457-2704
    d. The fee for service was: $ 45
    e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☑ a registered California process server:
           (i) ☑ owner  ☐ employee  ☐ independent contractor.
           (ii) Registration No.: 97
           (iii) County: Marin

8.  ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: April 11, 2008

Matthew Anderson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                           ▶ /s/ (SIGNATURE)

## ADDITIONAL DOCUMENTS SERVED:

Notice of Assignment to One Judge for all Purposes, Notice of Case Management Conference, and Order to Show Cause, Case Management Statement, ADR Information Sheet, Stipulation and Order Referring Matter to ADR, Notice of Selection as Mediator in Court-Connected Mediation, Petaluma Pro Tem Judge Program Notice

**3 – Sonoma Co.**