1  DONALD F. SETH, ESQ.
   SBN 92318
2  290 B Street, Suite 205
   Santa Rosa, CA 95401
3  (707) 545-6370 Telephone
   (707) 545-9770 Facsimile
4  donaldfseth@gmail.com

5  Attorney for Plaintiff
   GONZALO PENA TORRES
6

7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION

10 GONZALO PENA TORRES,          )  CASE NUMBER: C 08-01775 JL
                                 )
11          Plaintiff,           )
                                 )  PROOF OF SERVICE OF SUMMONS
12    vs.                        )
                                 )
13 WACHOVIA MORTGAGE             )
   CORPORATION, et al.,          )
14                               )
          Defendants.            )
15 _____)

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

PROOF OF SERVICE OF SUMMONS
C 08-01775 JL

**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>DONALD F. SETH, ESQ., SBN 92318<br>290 B Street, Suite 205<br>Santa Rosa, CA 95401<br><br>TELEPHONE NO.: (707) 545-6370   FAX NO. *(Optional):* (707) 545-9770<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff, Gonzalo Pena Torres | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA<br>STREET ADDRESS: 600 Administration Drive, Room 107-J<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Rosa, CA 95403<br>BRANCH NAME: |

| | |
|---|---|
| PLAINTIFF/PETITIONER: GONZALO PENA TORRES<br><br>DEFENDANT/RESPONDENT: WACHOVIA MORTGAGE CORP., et al | CASE NUMBER:<br>SCV-242546 |

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☑ summons
   - b. ☑ complaint
   - c. ☑ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   - e. ☐ cross-complaint
   - f. ☑ other *(specify documents):* See attached

3. a. Party served *(specify name of party as shown on documents served):*
   WACHOVIA MORTGAGE CORPORATION

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   Laura Comper, agent.

4. Address where the party was served:
   c/o CSC, 2711 Centerville Road, Wilmington, DE 19808
5. I served the party *(check proper box)*
   - a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
   - b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

     - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
     - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   **or** ☐ a declaration of mailing is attached.
     - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| | |
|---|---|
| PLAINTIFF/PETITIONER: GONZALO PENA TORRES | CASE NUMBER: |
| DEFENDANT/RESPONDENT: WACHOVIA MORTGAGE CORP., et al | SCV-242546 |

5. c. ☑ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* March 26, 2008     (2) from *(city):* Penngrove

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☑ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☑ On behalf of *(specify):* WACHOVIA MORTGAGE CORPORATION

    under the following Code of Civil Procedure section:

      ☑ 416.10 (corporation)       ☐ 415.95 (business organization, form unknown)

      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)

      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)

      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)

      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)

                           ☐ other:

7. **Person who served papers**

  a. Name: Karen Simas

  b. Address: 290 B Street, Suite 205, Santa Rosa, CA 95401

  c. Telephone number: (707) 545-6370

  d. **The fee** for service was: $ -0-

  e. I am:

    (1) ☑ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

      (i) ☐ owner ☐ employee ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 26, 2008

KAREN SIMAS             ▶ *Karen Simas*
_____         _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE )

*TORRES v. WACHOVIA MORTGAGE CORPORATION, et al.*
Sonoma County Superior Court Case No. SCV-242546


ATTACHMENT TO PROOF OF SERVICE OF SUMMONS


NOTICE OF ASSIGNMENT TO ONE JUDGE FOR ALL PURPOSES, NOTICE OF CASE
MANAGEMENT CONFERENCE, AND ORDER TO SHOW CAUSE, ADR
INFORMATION SHEET, STIPULATION AND ORDER REFERRING MATTER TO
ADR, CASE MANAGEMENT STATEMENT; PETALUMA PRO TEM JUDGE
PROGRAM NOTICE; NOTICE OF SELECTION AS MEDIATOR IN COURT-
CONNECTED MEDIATION.

///

///



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X *Laura Cooper*  ☐ Agent  ☐ Addressee |
| | B. Received by ( Printed Name ) — C. Date of Delivery |
| 1. Article Addressed to:<br><br>Wachovia Mortgage Corp.<br>c/o CSC<br>2711 Centerville Rd.<br>Wilmington, DE  19808 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☒ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7004 1350 0005 5156 1580 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

WILMINGTON DE 1
31 MAR 2008 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DONALD F. SETH
ATTORNEY AT LAW
290 B STREET, SUITE 205
SANTA ROSA, CA 95401

RECEIVED

Pena