1  Jack R. Nelson (SBN 111863)
   Email:  jnelson@reedsmith.com
2  Keith D. Yandell (SBN 233416)
   Email:  kyandell@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA  94612-3572
   **Mailing Address:**
5  P.O. Box 2084
   Oakland, CA  94604-2084
6  Telephone:     +1 510 763 2000
   Facsimile:     +1 510 273 8832
7
   Attorneys for Defendant Wachovia Mortgage, FSB
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PENA TORRES,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WACHOVIA MORTGAGE CORPORATION; COVERDALE VENTURES, INC.; ANUSHKA M. COVERDALE; MAGNOLIA GUERRERO; and DOES ONE through FORTY,<br><br>                    Defendants. | No.: C08-01775 WHA<br><br>(Formerly Sonoma County Superior Court Case No. SCV 242546)<br><br>**CERTIFICATE OF SERVICE**<br><br>Compl. Filed:     March 14, 2008 |

DOCSOAK-9904818

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On May 23, 2008, I served the following document(s) by the method indicated below:

**REASSIGNMENT ORDER DATED MAY 21, 2008**

**CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT**

**SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

| | |
|---|---|
| Donald F. Seth, Esq.<br>290 B Street, Suite 205<br>Santa Rosa, CA 95401 | **Counsel for Plaintiff**<br>Telephone:   707.545.6370<br>Fax:   707.545.9770<br>Email: donaldfseth@gmail.com |
| Kara Ann Smith<br>Van De Poel, Levy & Allen LLP<br>425 California Street<br>19th Floor<br>San Francisco, CA 94104 | **Counsel for Coverdale Ventures, Inc., Anushka M. Coverdale and Magnolia Guerrero**<br>Telephone:   (415) 291-8844<br>Fax:   (415) 291-8855<br>Email: ksmith@vanlevylaw.com |
| Vincent J Adams<br>Van De Poel Levy and Allen<br>425 California Street<br>19th Floor<br>San Francisco, CA 94104 | **Counsel for Coverdale Ventures, Inc., Anushka M. Coverdale and Magnolia Guerrero**<br>Telephone:   (415) 291-8844<br>Fax:   (415) 291-8855 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 23, 2008 at Oakland, California.

/s/ David P. Kelley
David P. Kelley