DONALD F. SETH, ESQ.
SBN 92318
290 B Street, Suite 205
Santa Rosa, CA 95401
(707) 545-6370 Telephone
(707) 545-9770 Facsimile
donaldfseth@gmail.com

Attorney for Plaintiff
GONZALO PENA TORRES

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GONZALO PENA TORRES,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, et al.,<br><br>Defendants. | CASE NUMBER: CV 08-01775 WHA<br><br>(Formerly Sonoma County Superior Court Case No. SCV 242546)<br><br>REQUEST FOR DISMISSAL OF ANUSHKA M. COVERDALE |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff GONZALO PENA TORRES requests that pursuant to agreement with all counsel, Defendant ANUSHKA M. COVERDALE be dismissed without prejudice in the above-entitled action.

DATED: May 29, 2008

LAW OFFICE OF DONALD F. SETH

By: _____
DONALD F. SETH
Attorney for Plaintiff
GONZALO PENA TORRES

DONALD F. SETH, ESQ.
SBN 92318
290 B Street, Suite 205
Santa Rosa, CA 95401
(707) 545-6370 Telephone
(707) 545-9770 Facsimile
donaldfseth@gmail.com

Attorney for Plaintiff
GONZALO PENA TORRES

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GONZALO PENA TORRES, | CASE NUMBER: CV 08-01775 WHA |
| Plaintiff, | (Formerly Sonoma County Superior Court Case No. SCV 242546) |
| vs. | |
| WACHOVIA MORTGAGE CORPORATION, et al., | [PROPOSED] ORDER DISMISSING DEFENDANT ANUSHKA M. COVERDALE |
| Defendants. | |

The Court having considered plaintiff GONZALO PENA TORRES' Request for Dismissal of ANUSHKA M. COVERDALE, an individual, and pursuant to the agreement of plaintiff's counsel;

**IT IS HEREBY ORDERED THAT:**

Defendant ANUSHKA M. COVERDALE is hereby dismissed without prejudice from this action.

**IT IS SO ORDERED**

DATED: _____, 2008

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE