1   Jack R. Nelson (SBN 111863)
    Email: jnelson@reedsmith.com
2   Keith D. Yandell (SBN 233416)
    Email: kyandell@reedsmith.com
3   REED SMITH LLP
    1999 Harrison Street, Suite 2400
4   Oakland, CA 94612-3572

5   **Mailing Address:**
    P.O. Box 2084
6   Oakland, CA 94604-2084
    Telephone:    +1 510 763 2000
7   Facsimile:     +1 510 273 8832

8   Attorneys for Defendant
    Wachovia Mortgage, FSB (sued incorrectly as
9   "Wachovia Mortgage Corporation")

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  GONZALO PENA TORRES,                         No.: C08-01775 WHA

13                   Plaintiff,                  (Formerly Sonoma County Superior Court Case
                                                 No. SCV 242546)
14          vs.
                                                 **DEFENDANT WACHOVIA MORTGAGE,**
15  WACHOVIA MORTGAGE CORPORATION;               **FSB'S NOTICE OF MOTION AND**
    COVERDALE VENTURES, INC.; ANUSHKA            **MOTION FOR JUDGMENT ON THE**
16  M. COVERDALE; MAGNOLIA GUERRERO;             **PLEADINGS**
    and DOES ONE through FORTY,
17                                               Date:         July 3, 2008
                     Defendants.                 Time:         8:00 a.m.
18                                               Courtroom :   9, 19th Floor, San Francisco

19                                               The Honorable William Alsup

20                                               Compl. Filed:    March 14, 2008

21

22       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23

24       PLEASE TAKE NOTICE THAT on July 3, 2008, at 8:00 a.m. in Courtroom 9 of the United

25  States District Court for the Northern District of California, located at 450 Golden Gate Avenue, 19th

26  Floor, San Francisco, California, Defendant World Savings Bank, F.S.B. ("World")[1] will and hereby

27  _____
    [1] World Savings Bank, FSB changed its name as of December, 2007 to "Wachovia Mortgage, FSB," and has
28  erroneously been sued here as "Wachovia Mortgage Corporation."  World/Wachovia is a federally chartered savings

                                        - 1 -

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    does move this Court for an order dismissing Plaintiffs' Third and Fourth Claims for Relief as to

2    World.

3

4      Plaintiffs' Third and Fourth Claims for Relief in his Complaint fail to identify facts sufficient

5    to state a cause of action and should, therefore, be dismissed pursuant to Federal Rule of Civil

6    Procedure 12(c).  Further, Plaintiffs' Third Claim for Relief should be dismissed because federal law

7    preempts the Claim.

8

9      World's Motion is based on this Notice of Motion, the accompanying Memorandum of

10   Points and Authorities in Support of World' Motion, World's Request For Judicial Notice and

11   exhibits attached thereto and such other evidence the Court may choose to consider at the hearing on

12   Defendant's motion.

13

14     DATED:  May 29, 2008.

15          REED SMITH LLP

16

17          By____/s/ Keith D. Yandell_____

18            Keith D. Yandell
              Attorneys for Wachovia Mortgage, FSB

19

20

21

22

23

24

25

26

27   bank and operates under the supervision of the federal Office of Thrift Supervision ("OTS").  <u>See</u> Wachovia Mortgage
     FSB's Request for Judicial Notice, Ex. A.  For ease of reference, Wachovia Mortgage FSB is referred to herein as
     "World," the name used in the transaction at issue.

28

Wachovia Mortgage, FSB's Notice Of Motion And Motion For Judgment On The Pleadings

REED SMITH LLP
A limited liability partnership formed in the State of Delaware