Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Keith D. Yandell (SBN 233416)
Email: kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084
Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant
Wachovia Mortgage, FSB (sued incorrectly as
"Wachovia Mortgage Corporation")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PENA TORRES,<br><br>    Plaintiff,<br><br>    vs.<br><br>WACHOVIA MORTGAGE CORPORATION; COVERDALE VENTURES, INC.; ANUSHKA M. COVERDALE; MAGNOLIA GUERRERO; and DOES ONE through FORTY,<br><br>    Defendants. | No.: C08-01775 WHA<br><br>(Formerly Sonoma County Superior Court Case No. SCV 242546)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT WACHOVIA MORTGAGE, FSB'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:         July 3, 2008<br>Time:        8:00 a.m.<br>Courtroom :  9, 19th Floor, San Francisco<br><br>The Honorable William Alsup<br><br>Compl. Filed:    March 14, 2008 |

Pursuant to Federal Rule of Evidence 201, Defendant World Savings Bank, FSB ("World")[1] requests that the Court take judicial notice that World is, and at all relevant times was, a federally chartered association.  This fact is not reasonably subject to dispute and readily verifiable by

---

[1] World Savings Bank, FSB changed its name as of December, 2007 to "Wachovia Mortgage, FSB," and has erroneously been sued here as "Wachovia Mortgage Corporation."  World/Wachovia is a federally chartered savings bank and operates under the supervision of the federal Office of Thrift Supervision ("OTS").  See Wachovia Mortgage FSB's Request for Judicial Notice, Ex. A.  For ease of reference, Wachovia Mortgage FSB is referred to herein as "World," the name used in the transaction at issue.

1  reference to World's Certificate of Corporate Existence issued by the Office of Thrift Supervision.

2  See attached Exhibit A.  Judicial notice may properly be taken of documents issued by the Office of

3  Thrift Supervision as facts which are "capable of accurate and ready determination by resort to

4  sources whose accuracy cannot reasonably be questioned."  F.R.E. 201(b); see also Lee v. City of

5  Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001) ("a court may take judicial notice of matters of

6  public record").  Thus, it is appropriate for the Court to take judicial notice of the fact World Savings

7  Bank, FSB is, and at all relevant times was a federally chartered bank.

9  DATED:  May 29, 2008.

10              REED SMITH LLP

12              By    /s/ Keith D. Yandell
                     Keith D. Yandell
13                   Attorneys for Wachovia Mortgage, FSB

**EXHIBIT A**



**Office of Thrift Supervision**
Department of the Treasury

1700 G Street, N.W., Washington, D.C. 20552 • (202) 906-6000

July 12, 2005

### CERTIFICATE OF CORPORATE EXISTENCE

REFERENCE: World Savings Bank, FSB
Oakland, California

I, Nadine Y. Washington, Corporate Secretary, Office of Thrift Supervision, hereby certify, according to the records of the Office of Thrift Supervision, Department of the Treasury, Washington, DC:

1. World Savings Bank, FSB, Oakland, California, was chartered under the laws of the United States to transact the business of a Federal savings bank;

2. The charter of World Savings Bank, FSB, Oakland, California, is in full force and effect;

3. The Office of Thrift Supervision has not appointed a conservator or receiver for World Savings Bank, FSB, Oakland, California; and

4. As of July 12, 2005, World Savings Bank, FSB, Oakland, California, is operating as a BIF-insured financial institution.

Nadine Y. Washington
Corporate Secretary



**Office of Thrift Supervision**
Department of the Treasury

1700 G Street, N.W., Washington, D.C. 20552 • (202) 906-6000

**April 21, 2006**

### CERTIFICATE OF CORPORATE EXISTENCE

**REFERENCE:** World Savings Bank, FSB
Oakland, California

I, Nadine Y. Washington, Corporate Secretary, Office of Thrift Supervision, hereby certify, according to the records of the Office of Thrift Supervision, Department of the Treasury, Washington, DC:

1. World Savings Bank, FSB, Oakland, California, was chartered under the laws of the United States to transact the business of a Federal savings bank;

2. The charter of World Savings Bank, FSB, Oakland, California, is in full force and effect;

3. The Office of Thrift Supervision has not appointed a conservator or receiver for World Savings Bank, FSB, Oakland, California; and

4. As of April 21, 2006, World Savings Bank, FSB, Oakland, California, is operating as a BIF-insured financial institution.

**Nadine Y. Washington**
**Corporate Secretary**