Jack R. Nelson (SBN 111863)
Email:  jnelson@reedsmith.com
Keith D. Yandell (SBN 233416)
Email:  kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084
Telephone:     +1 510 763 2000
Facsimile:      +1 510 273 8832

Attorneys for Defendant
Wachovia Mortgage, FSB (sued incorrectly as
"Wachovia Mortgage Corporation")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PENA TORRES,<br><br>             Plaintiff,<br><br>      vs.<br><br>WACHOVIA MORTGAGE CORPORATION; COVERDALE VENTURES, INC.; ANUSHKA M. COVERDALE; MAGNOLIA GUERRERO; and DOES ONE through FORTY,<br><br>             Defendants. | No.: C08-01775 WHA<br><br>(Formerly Sonoma County Superior Court Case No. SCV 242546)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WACHOVIA MORTGAGE, FSB'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:           July 3, 2008<br>Time:          8:00 a.m.<br>Courtroom :  9, 19th Floor, San Francisco<br><br>The Honorable William Alsup<br><br>Compl. Filed:     March 14, 2008 |

Defendant Wachovia Mortgage, F.S.B.'s ("Wachovia")[1] Motion for Judgment no the Pleadings was presented to this Court pursuant to and in accordance with Rule 12(c) of the Federal Rules of Civil Procedure.  Having considered all of Wachovia and Plaintiff's arguments, good cause

---

[1] World Savings Bank, FSB changed its name as of December, 2007 to "Wachovia Mortgage, FSB," and has erroneously been sued here as "Wachovia Mortgage Corporation."

1  appearing therein, and for the reasons set forth in Wachovia's Motion, the Court orders that
2  Wachovia's Motion for Judgment on the Pleadings is hereby GRANTED.

3

4  Plaintiff's Complaint is, therefore, dismissed as to Wachovia, without leave to amend.

5  IT IS SO ORDERED.
6

7  DATED: _____, 2008

8

9  _____
10  United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware