1  DONALD F. SETH, ESQ.
   SBN 92318
2  290 B Street, Suite 205
   Santa Rosa, CA 95401
3  (707) 545-6370 Telephone
   (707) 545-9770 Facsimile
4  donaldfseth@gmail.com

5  Attorney for Plaintiff
   GONZALO PENA TORRES

6

7

8              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10  GONZALO PENA TORRES,              )  CASE NUMBER: CV 08-01775 WHA
                                      )
11              Plaintiff,            )  (Formerly Sonoma County Superior Court
                                      )  Case No. SCV 242546)
12      vs.                           )
                                      )
13  WACHOVIA MORTGAGE                 )  REQUEST FOR DISMISSAL OF
    CORPORATION, et al.,              )  ANUSHKA M. COVERDALE
14                                    )
                Defendants.           )
15  _____ )

16

17  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

18      PLEASE TAKE NOTICE that Plaintiff GONZALO PENA TORRES requests that

19  pursuant to agreement with all counsel, Defendant ANUSHKA M. COVERDALE be dismissed

20  without prejudice in the above-entitled action.

21

22  DATED: May 29, 2008            LAW OFFICE OF DONALD F. SETH

23

24                                By: _____

25                                    DONALD F. SETH
                                      Attorney for Plaintiff
26                                    GONZALO PENA TORRES

27

28

_____
REQUEST FOR DISMISSAL OF ANUSHKA M. COVERDALE
CV 08-01775 WHA

1  DONALD F. SETH, ESQ.
   SBN 92318
2  290 B Street, Suite 205
   Santa Rosa, CA 95401
3  (707) 545-6370 Telephone
   (707) 545-9770 Facsimile
4  donaldfseth@gmail.com

5  Attorney for Plaintiff
   GONZALO PENA TORRES

6

7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10  GONZALO PENA TORRES,           )   CASE NUMBER: CV 08-01775 WHA
                                   )
11           Plaintiff,            )   (Formerly Sonoma County Superior Court
                                   )   Case No. SCV 242546)
12      vs.                        )
                                   )
13  WACHOVIA MORTGAGE              )   [PROPOSED] ORDER DISMISSING
    CORPORATION, et al.,           )   DEFENDANT ANUSHKA M.
14                                 )   COVERDALE
             Defendants.           )
15  _____ )

16

17      The Court having considered plaintiff GONZALO PENA TORRES' Request for

18  Dismissal of ANUSHKA M. COVERDALE, an individual, and pursuant to the agreement of

19  plaintiff's counsel;

20      **IT IS HEREBY ORDERED THAT:**

21      Defendant ANUSHKA M. COVERDALE is hereby dismissed without prejudice from

22  this action.

23      **IT IS SO ORDERED**

24  DATED: __June 3_____, 2008

25

26                                  _____
                                    HONORABLE WILLIAM H. ALSUP
27                                  UNITED STATES DISTRICT JUDGE

28

_____
[PROPOSED] ORDER DISMISSING ANUSHKA M. COVERDALE
CV 08-01775 WHA