Jack R. Nelson (SBN 111863)
Email:  jnelson@reedsmith.com
Keith D. Yandell (SBN 233416)
Email:  kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084
Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant
Wachovia Mortgage, FSB (sued incorrectly as
"Wachovia Mortgage Corporation")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PENA TORRES,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WACHOVIA MORTGAGE CORPORATION; COVERDALE VENTURES, INC.; ANUSHKA M. COVERDALE; MAGNOLIA GUERRERO; and DOES ONE through FORTY,<br><br>                    Defendants. | No.: C08-01775 WHA<br><br>(Formerly Sonoma County Superior Court Case No. SCV 242546)<br><br>**DEFENDANT WACHOVIA MORTGAGE, FSB'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:         July 3, 2008<br>Time:         8:00 a.m.<br>Courtroom :   9, 19th Floor, San Francisco<br><br>The Honorable William Alsup<br><br>Compl. Filed:    March 14, 2008 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Rule 6 of the Standing Orders of this Court, Wachovia Mortgage, FSB ("Wachovia") hereby requests oral argument on its Motion for Judgment on the Pleadings. Wachovia makes this request on the grounds that Keith D. Yandell will conduct oral argument on its behalf. Mr. Yandell graduated from law school in May 2004 and was admitted to the bar in November 2004.

DATED: June 19, 2008.

REED SMITH LLP

By  /s/ Keith D. Yandell
    Keith D. Yandell
    Attorneys for Wachovia Mortgage, FSB