**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   GONZALO PENA TORRES,

11        Plaintiff,                          No. C 08-01775 WHA

12      v.

13   WACHOVIA MORTGAGE                        **ORDER DENYING**
     CORPORATION, COVERDALE                   **DEFENDANT'S MOTION**
14   VENTURES, INC., ANUSHKA M.               **FOR JUDGMENT ON**
     COVERDALE, MAGNOLIA                      **THE PLEADINGS**
15   GUERRERO, and
     DOES ONE through FORTY,
16
          Defendants.
17   _____/

18
19       For the reasons stated at oral argument, defendant's motion for judgment on the

20   pleadings is **DENIED**.

21
22       **IT IS SO ORDERED.**

23
24   Dated:  July 3, 2008.                    _____
                                              WILLIAM ALSUP
25                                            UNITED STATES DISTRICT JUDGE

26
27
28