**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 3, 2008

Case No. C 08-01775 WHA

Title: GONZALO PENA TORRES v. WACHOVIA MORTGAGE CORP

Plaintiff Attorneys: Donald Seth

Defense Attorneys: Keith Yandell; Kara Ann Smith

Deputy Clerk: Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1) Dft's Motion for Judgment on the Pleadings - Denied

2) CMC - HELD

Complete Initial Disclosures (Rule 26): 7/17/08

Discovery Cutoff: 2/6/09

Designation of Experts: 2/6/09

Last Day to File Motion: 3/26/09

Continued to _ for Further Case Management Conference

Continued to **6/1/09 at 2:00 pm** for Pretrial Conference

Continued to **6/15/09 at 7:30 am** for Trial

**ORDERED AFTER HEARING:**

Defendant's motion for judgment on the pleadings is denied w/o prejudice to renewing.

Case is referred to Magistrate Judge Zimmerman for mediation/settlement conference.