Kara Ann Smith (State Bar No. 112088)
Vincent J. Adams (State Bar No. 249696)
VAN DE POEL, LEVY & ALLEN, LLP
425 California Street, 19th Floor
San Francisco, California 94104
Telephone No: (415) 291-8844
Facsimile No: (415) 291-8855

Attorneys for Defendants
COVERDALE VENTURES, INC. and
MAGNOLIA GUERRERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PENA TORRES,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, COVERDALE VENTURES, INC., ANUSHKA M. COVERDALE, MAGNOLIA GUERRERO, and DOES ONE through FORTY,<br><br>Defendants. | CASE NO.: C08-01775 WHA (BZ)<br><br>(Formerly Sonoma County Superior Court Case No. SCV 242546)<br><br>DEFENDANTS COVERDALE VENTURES, INC. AND MAGNOLIA GUERRERO'S APPLICATION TO HAVE VICTOR INCARDONA OF TUDOR INSURANCE TO APPEAR TELEPHONICALLY AT SEPTEMBER 25, 2008 SETTLEMENT CONFERENCE AND ORDER<br><br>Complaint Filed: March 14, 2008<br><br>Date: September 25, 2008<br>Time: 9:00 a.m.<br>Courtroom: G, 15th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants COVERDALE VENTURES, INC. and MAGNOLIA GUERRERO (hereinafter referred to collectively as "DEFENDANTS") and their attorneys of record request leave to have Victor Incardona of Tudor Insurance Company appear before Magistrate Judge Bernard Zimmerman via telephone for the Settlement Conference scheduled for September 25, 2008 at 9:00 a.m.

{00466307.DOC;1}                                    1

Victor Incardona has requisite knowledge and authority to negotiate a settlement based on the limits of DEFENDANTS' insurance policy, but he resides in Franklin Lakes, New Jersey. Due to the substantial hardship of appearing in person, DEFENDANTS respectfully request that Victor Incardona appear telephonically. Counsel for DEFENDANTS will attend the September 25, 2008 Settlement Conference in person.

DATED: August 11, 2008               VAN DE POEL, LEVY & ALLEN, LLP


By:   /s/ Vincent J. Adams
      KARA ANN SMITH
      VINCENT J. ADAMS
      Attorneys for Defendants
      COVERDALE VENTURES, INC. and
      MAGNOLIA GURRERO


### ORDER

The DEFENDANTS' request for a telephonic appearance as to Victor Incardona of Tudor Insurance Company is granted. The Court is informed that Counsel for DEFENDANTS and will appear at the Settlement Conference in person.

DATED: August ___, 2008


By: _____
    HONORABLE BERNARD ZIMMERMAN
    UNITED STATES MAGISTRATE JUDGE

{00466307.DOC;1}                       2

DEFENDANTS COVERDALE VENTURES AND MAGNOLIA GUERRERO'S APPLICATION TO HAVE VICTOR INCARDONA OF TUDOR INSURANCE TO APPEAR TELEPHONICALLY AT THE SEPTEMBER 25, 2008 SETTLEMENT CONFERENCE AND ORDER