UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GONZALO PENA TORRES,<br><br>    Plaintiff(s),<br><br>    v.<br><br>WACHOVIA MORTAGE CORPORATION,<br><br>    Defendant(s). | No. C 08-1775 WHA (BZ)<br><br>**ORDER EXCUSING PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE** |

Defendants Coverdale Ventures Inc. and Magnolia Guerrero applied to have an insurance representative, Victor Incardona, excused from appearing personally at the September 25, 2008 settlement conference. Neither plaintiff nor co-defendants have objected. **IT IS THEREFORE ORDERED** that the request is **GRANTED.** Mr. Incardona shall be available to participate by telephone commencing at **9:00 a.m. Pacific Time on September 25, 2008**. The settlement conference order otherwise remains in full force and effect. This means that defendants Coverdale Ventures Inc. and Magnolia Guerrero must appear. Only Mr. Incardona is being

1

1 excused. If the court concludes that Mr. Incardona's absence
2 obstructed the settlement conference, it may reschedule the
3 conference, require his personal attendance and impose any other
4 sanction that may be appropriate.

Dated: August 19, 2008

                                            Bernard Zimmerman
                             United States Magistrate Judge