Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Keith D. Yandell (SBN 233416)
Email: kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084
Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Defendant
Wachovia Mortgage, FSB (sued incorrectly as
"Wachovia Mortgage Corporation")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PENA TORRES,<br><br>        Plaintiff,<br><br>    vs.<br><br>WACHOVIA MORTGAGE CORPORATION; COVERDALE VENTURES, INC.; ANUSHKA M. COVERDALE; MAGNOLIA GUERRERO; and DOES ONE through FORTY,<br><br>        Defendants. | No.: C08-01775 WHA<br><br>(Formerly Sonoma County Superior Court Case No. SCV 242546)<br><br>**DEFENDANT WACHOVIA MORTGAGE, FSB'S APPLICATION FOR ORDER PERMITTING MICHAEL GOLDBERG TO ATTEND SEPTEMBER 25, 2008 SETTLEMENT CONFERENCE BY PHONE**<br><br>Date:          September 25, 2008<br>Time:          9:00 a.m.<br>Courtroom :   G, 1th Floor, San Francisco<br><br>Compl. Filed:   March 14, 2008 |

**Application For Order Permitting Michael Goldberg To Attend Settlement Conference By Phone**

Pursuant to the Scheduling Order of this Court, Wachovia Mortgage, FSB ("Wachovia") hereby requests that its Vice President and Assistant General Counsel, Michael Goldberg be permitted to appear before Judge Bernard Zimmerman via telephone for the Settlement Conference scheduled for September 25th, 2008 at 9:00 a.m.

Mr. Goldberg has the authority to settle on Wachovia's behalf and is best situated to attend to the Settlement Conference given his knowledge of the case. Mr. Goldberg resides in San Antonio Texas. Therefore, Wachovia would suffer "substantial hardship" if Mr. Goldberg were compelled to travel to San Francisco to attend the Settlement Conference. Wachovia's counsel will attend the Settlement Conference in person.

DATED: August 19, 2008.

        REED SMITH LLP

        By   /s/ Keith D. Yandell
           Keith D. Yandell
           Attorneys for Wachovia Mortgage, FSB

1

**Application For Order Permitting Michael Goldberg To Attend Settlement Conference By Phone**

## **ORDER**

Wachovia's application for a telephonic appearance as to Michael Goldberg is granted. Counsel for Wachovia shall attend the Settlement Conference in person and Mr. Goldberg shall be permitted to attend via telephone.

DATED: August __, 2008.

By_____
HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

**Order Permitting Michael Goldberg To Attend Settlement Conference By Phone**