1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                              )
11                              )
    GONZALO PENA TORRES,        )        No. C 08-1775 WHA (BZ)
12                              )
              Plaintiff(s),     )
13                              )        **ORDER EXCUSING MICHAEL**
                                )        **GOLDBERG'S APPEARANCE AT**
14                              )        **SETTLEMENT CONFERENCE**
        v.                      )
15                              )
                                )
16  WACHOVIA MORTAGE CORPORATION, )
                                )
17                              )
              Defendant(s).     )
18  _____)

19      On August 19, 2008, defendant Wachovia Mortgage, FSB

20  requested that its Vice-President and Assistant General Counsel

21  Michael Goldberg be permitted to participate in the settlement

22  conference by telephone.  Neither plaintiff or co-defendants

23  have objected.  **IT IS THEREFORE ORDERED** that the request is

24  **GRANTED**.  Mr. Goldberg shall be available to participate by

25  telephone commencing at 9:00 a.m., Pacific Time, commencing on

26  September 25, 2008.

27      The court is troubled that the parties do not appear to be

28  taking this settlement conference seriously and are reminded

                                1

1   that failure to participate in good faith is sanctionable under

2   Rule 16.

3   Dated: September 11, 2008

4

5   _____

6                    Bernard Zimmerman
                United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28