DONALD F. SETH, ESQ.
SBN 92318
290 B Street, Suite 205
Santa Rosa, CA  95401
Tel:  (707) 545-6370
Fax:  (707) 545-9770
donaldfseth@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PENA TORRES, | No.  3:08-cv-01775 - WHA |
| Plaintiff, | |
| vs. | **EX PARTE APPLICATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER** |
| WACHOVIA MORTGAGE CORPORATION, COVERDALE VENTURES, INC., ANUSHKA M. COVERDALE, MAGNOLIA GUERRERO, and DOES ONE through FORTY, | |
| | Hon. B. Zimmerman |
| Defendants. / | |

Plaintiff GONZALO TORRES hereby applies to the Court ex parte for an Order continuing the Settlement Conference currently scheduled for September 25, 2008.  The undersigned has advised counsel for all defendants that such an ex parte request will be made to this Court.  Counsel for WACHOVIA MORTGAGE indicated he would discuss with his client whether to oppose the application.  Counsel for the remaining defendants indicated no opposition.

Plaintiff has not sought any previous continuance.  Good cause exists for continuing the settlement conference because the parties have not completed discovery.   Plaintiff received WACHOVIA'S initial disclosures on August 7,

and the remaining defendants' on August 11, 2008, barely five weeks ago. Plaintiff then propounded written discovery to both defendants. Plaintiff will take defendants' depositions when responses are received. Defendants commenced Plaintiff's deposition on September 15 but it was not completed. A completion date for Plaintiff's deposition of September 24 is being considered but counsel for GUERRERO and COVERDALE VENTURES is presently unavailable.

Plaintiff respectfully requests that the Court continue the Settlement Conference to a date not earlier than November 15, 2008, to allow the parties to complete discovery.

Dated: September 17, 2008

/s/   Donald F. Seth
DONALD F. SETH
Attorney for Plaintiff

ORDER

Having considered Plaintiff's application for an order continuing the settlement conference, and no opposition having been filed and finding good cause therefor,

IT IS ORDERED that the settlement conference be reset to December 11, 2008 at 9:00 a.m.

Dated: September 19, 2008

IT IS SO ORDERED
Judge Bernard Zimmerman

United States Magistrate Judge

PLTF'S APPLICATION TO CONTINUE SETTLEMENT CONF.-