1  DONALD F. SETH, ESQ.
   SBN 92318
2  290 B Street, Suite 205
   Santa Rosa, CA 95401
3  (707) 545-6370 Telephone
   (707) 545-9770 Facsimile
4  donaldfseth@gmail.com

5  Attorney for Plaintiff
   GONZALO PENA TORRES
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  GONZALO PENA TORRES,            )   CASE NUMBER: C08-01775-WHA
                                    )
12            Plaintiff,            )   STIPULATION AND ORDER OF
                                    )   DISMISSAL WITH PREJUDICE
13       vs.                        )
                                    )
14  WACHOVIA MORTGAGE CORP., et al.,)
                                    )
15            Defendants.           )
    _____)
16

17

18       IT IS HEREBY STIPULATED by and between plaintiff GONZALO PENA TORRES

19  and defendants ANUSHKA M. COVERDALE, COVERDALE VENTURES, INC. and

20  MAGNOLIA GUERRERO, through their designated counsel, that each of the above-named

21  defendants be dismissed from the above-captioned action, with prejudice, pursuant to FRCP

22  41(a).

23

24  DATED:  January 8        , 2009       LAW OFFICE OF DONALD F. SETH

25

26                                   By:   /s/   Donald F. Seth
                                           DONALD F. SETH
27                                         Attorney for Plaintiff, Gonzalo Pena Torres

28  ///

_____
STIPULATION AND ORDER OF DISMISSAL
C08-01775-WHA

1    DATED: :  January 8        , 2009        LAW OFFICE OF VAN DE POEL, LEVY &
                                              ALLEN, LLP
2

3

4                                            By:   /s/  Kara Ann Smith
                                                   KARA ANN SMITH
5                                                  Attorney for Defendants, ANUSHKA M.
                                                   COVERDALE, COVERDALE
6                                                  VENTURES, INC. and MAGNOLIA
                                                   GUERRERO
7

8                                    **ORDER**

9          PURSUANT TO THE STIPULATION, THE COURT ORDERS that defendants

10   ANUSHKA M. COVERDALE, COVERDALE VENTURES, INC. and MAGNOLIA

11   GUERRERO, hereby are dismissed with prejudice, from the above-captioned action as to all

12   claims and allegations brought against them by plaintiff GONZALO PENA TORRES.

13         **IT IS SO ORDERED.**

14

15   DATED: ___January 12_____, 2009

16

17                                            _____
                                              UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28