1  DONALD F. SETH, ESQ.
   SBN 92318
2  290 B Street, Suite 205
   Santa Rosa, CA 95401
3  (707) 545-6370 Telephone
   (707) 545-9770 Facsimile
4  donaldfseth@gmail.com

5  Attorney for Plaintiff
   GONZALO PENA TORRES
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | GONZALO PENA TORRES,              ) CASE NUMBER: C08-01775-WHA
                                       )
12 |          Plaintiff,                ) STIPULATION AND ORDER OF
                                       ) DISMISSAL WITH PREJUDICE
13 |     vs.                            )
                                       )
14 | WACHOVIA MORTGAGE CORP., et al.,  )
                                       )
15 |          Defendants.               )
                                       )
16

17

18        IT IS HEREBY STIPULATED by and between plaintiff GONZALO PENA TORRES

19 and defendants WACHOVIA MORTGAGE, FSB, erroneously sued as WACHOVIA

20 CORPORATION and all DOE defendants, through their designated counsel, that the above-

21 named defendants be dismissed from the above-captioned action, with prejudice, pursuant to

22 FRCP 41(a).

23

24 DATED: January 26, 2009              LAW OFFICE OF DONALD F. SETH

25

26                                      By:     /s/   Donald F. Seth
                                              DONALD F. SETH
27                                            Attorney for Plaintiff, GONZALO PENA
                                              TORRES
28

STIPULATION AND ORDER OF DISMISSAL
C08-01775-WHA

| | | |
|---|---|---|
| 1 | DATED: January 26, 2009 | LAW OFFICE OF REED SMITH LLP |
| 2 | | |
| 3 | | |
| 4 | | By: ____/s/   Keith D. Yandell____<br>KEITH D. YANDELL<br>Attorney for Defendant, WACHOVIA |
| 5 | | MORTGAGE, FSB, erroneously sued as<br>WACHOVIA CORPORATION |

**ORDER**

PURSUANT TO THE STIPULATION, THE COURT ORDERS that defendants WACHOVIA MORTGAGE, FSB, erroneously sued as WACHOVIA CORPORATION and all DOE defendants, hereby are dismissed with prejudice, from the above-captioned action as to all claims and allegations brought against it by plaintiff GONZALO PENA TORRES.

This Court DIRECTS the clerk to close this action.

**IT IS SO ORDERED.**

DATED: __January 27__, 2009

_____
Judge William Alsup

IT IS SO ORDERED

STIPULATION AND ORDER OF DISMISSAL
C08-01775-WHA                                    2